# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CHRISTOPHER PIPPIN**                                                            **PLAINTIFF**
**#44856**

v.                  No: 3:19-cv-00173 DPM-PSH

**MARTY BOYD,** *et al.*                                               **DEFENDANTS**

## ORDER

Having reviewed Plaintiff Christopher Pippin's amended complaint (Doc. No. 6) for screening purposes,[1] it appears that service is appropriate with respect to Smith's Eighth Amendment conditions-of-confinement claims against defendants Marty Boyd, Keith Bowers, T. Raymond, and Keith Harrell. The Clerk of the Court shall prepare summonses for these defendants, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 6) and summons on defendants without prepayment of fees and costs or security therefor. Service should be attempted through the Craighead County Sheriff's Office, 901 Willett Road, Jonesboro, Arkansas 72401.[2]

IT IS SO ORDERED this 17th day of July, 2019.

                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If any of the Defendants are no longer County employees, the individual responding to service must file a **SEALED** Statement providing the unserved Defendant's last known private mailing address.