IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER PIPPIN
#44856                                                                          PLAINTIFF

v.                              No. 3:19-cv-173-DPM-PSH

MARTY BOYD, Sheriff, Craighead
County Sheriff Department; KEITH
BOWERS, Jail Administrator, Craighead
County Detention Center; T. RAYMOND,
Jail Administrator, Craighead County
Detention Center; and KEITH HARREL,
Jail Administrator, Craighead County
Detention Center                                                                DEFENDANTS

## ORDER

Unopposed recommendation, № 8, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Pippin's claims seeking relief for the detention center's conditions may proceed. But his claims seeking dismissal of his criminal charges will be dismissed; that type of a claim isn't appropriate under 42 U.S.C. § 1983.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 August 2019