IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER PIPPEN                                                                PLAINTIFF
#44856

v.                                    No: 3:19-cv-00173 PSH

MARTY BOYD, *et. al*                                                              DEFENDANTS

# JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 6th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE